IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. BRACKETT, | No. CIV S-09-1233-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The parties have stipulated that the time for plaintiff to file a motion for summary judgment shall be extended to and including January 12, 2010.  Good cause appearing therefor, the stipulated extension of time is approved.

   IT IS SO ORDERED.

DATED: November 9, 2009

                 _____
                  **CRAIG M. KELLISON**
                  UNITED STATES MAGISTRATE JUDGE

1