IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. BRACKETT,<br><br>     Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant.<br>_____/ | No. CIV S-09-1233-CMK<br><br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The parties have stipulated that the due date for plaintiff's dispositive motion shall be extended to March 19, 2010 (see Doc. 16). Good cause appearing therefor, the stipulated extension of time is granted.

       IT IS SO ORDERED.

DATED: January 27, 2010

                                                                          CRAIG M. KELLISON<br>                                                                         UNITED STATES MAGISTRATE JUDGE

1