1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES C. BRACKETT** | Case No CIV-09-1233 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 19, 2010, to May 4, 2010.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.  With the exception of three days, counsel has at least one  summary judgment motion calendared for every day between March 15, 2010, and April 30, 2010.

/ / / /

/ / / /

/ / / /

1

Dated: March 15, 2010    */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: March 19, 2010    Benjamin G. Wagner

United States Attorney

/s/ *Elizabeth Firer for Daniel Talbert*
DANIEL TALBERT
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED:  March 23, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2