IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. BRACKETT, | No. CIV S-09-1233-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's response to the court's order to show cause why this action should not be dismissed for failure to file a dispositive motion. Good cause appearing therefor, the order to show cause is discharged and plaintiff's request for an extension of time to June 10, 2010, to file his dispositive motion is granted.

IT IS SO ORDERED.

DATED: June 8, 2010

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1